
SAM: USAO 2009R00927

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **RWT 10 CR 0029** |
| v. | * | CRIMINAL NO. |
| MARCUS HERMAN MORRIS, | * | (Possession of Firearm by a Convicted |
| | * | Felon, 18 U.S.C. § 922(g); Forfeiture, |
| Defendant | * | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |

\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about September 10, 2009, in the District of Maryland, the defendant,

**MARCUS HERMAN MORRIS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit, a loaded Glock model 23, .40 caliber semi-automatic handgun bearing serial number BBX183US.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

As a result of the offense described in Count One of this Indictment, the defendant,

**MARCUS HERMAN MORRIS,**

shall forfeit to the United States the firearm identified in that count and involved in that offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

A TRUE BILL:

SIGNATURE REDACTED
_____
Foreperson

Rod J. Rosenstein
United States Attorney

Date: 1/27/10