# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Case Number: RWT-10-0029** |
| : | |
| **MARCUS H. MORRIS** : | |
| **Defendant.** : | |

==============================

## NOTICE OF APPEAL

TO THE CLERK OF THE AFORESAID COURT:

Kindly note the appeal of Mr. Morris on the issues of this court denial of the Motion to Suppress and the issues that relate to the sentencing and any other issues that are permissible in accordance of the plea agreement.

Further, Mr. Morris requests that he be appointed an appellate attorney under the Criminal Justice Act due to his did not, has not and will not be able to retain private counsel including the undersigned counsel because he is incarcerated and have not funds. Further, Mr. Morris notes that he was eligible to receive court appointed attorney previously due to his financial inability to have a private attorney.

    Marcus Hunter
    By Counsel

    Respectfully submitted,

    ____/s/_____
    Harry Tun, Esquire
    Counsel for Defendant
    400 5th Street NW
    Suite 300
    Washington, D.C. 20001
    (phone):202-393-2882
    (fax): 202-783-5407
    e-mail: tunharry@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of this Notice of Appearance was sent via electronic case filing management system to Kevin Rosenberg, Assistant United States Attorney, Office of the United States Attorney for the District of Maryland, 400 United States Courthouse, Cherrywood Lane, Greenbelt, MD 20770-on 4th day of December 2009.

\_\_\_/s/_____
Harry Tun